

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00094-CR

## IN RE JOSEPH MCCREY RAY

### Original Proceeding

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 15531-A

## MEMORANDUM OPINION

Relator Joseph McCrey Ray's petition for writ of mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
    Justice Johnson, and
    Justice Smith
    *(Chief Justice Gray concurs.  A separate opinion will not issue.)
Petition denied
Opinion delivered and filed April 19, 2023
Do not publish
[OT06]